| AO 10<br>Rev. 1/2010 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2009** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Bertelsman, William O. | 2. Court or Organization<br><br>KY-ED | 3. Date of Report<br><br>05/11/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>35 West Fifth Street, Rm. 505<br>P. O. Box 1012<br>Covington, KY 41012-1012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Teacher (part-time)(one class)(non-compensated) | Salmon P. Chase College of Law, Northern Kentucky University, Highland Heights, KY |
| 2. Owner | 529 Trust Plans #1-#9 through Kentucky Education Savings Plan and Michigan Education Program |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

*Copy*

Bertelsman, William O.

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O. | 05/11/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O. | 05/11/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing Instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Victory Gradison Government Reserve | A | Dividend | J | T | | | | | |
| 2. Dreyfus Municipal Bond Fund | A | Interest | | | Redeemed | 5/18/09 | K | A | |
| 3. Dreyfus Intermediate Municipal Bond Fund | C | Interest | | | Redeemed | 5/18/09 | L | A | |
| 4. Goldline (formerly Dreyfus Gold Fund) | | None | L | T | | | | | |
| 5. Legg Mason Europe Fund (stock) | A | Dividend | J | T | | | | | |
| 6. U.S. Bank, Fort Thomas, KY | A | Interest | J | T | | | | | |
| 7. Dreyfus Short Intermedidate Municipal Bond Fund | A | Interest | | | Redeemed | 5/18/09 | L | A | |
| 8. Dupree, Kentucky- Short/Med. Fund | A | Interest | M | T | Buy (add'l) | 5/18/09 | L | | |
| 9. Dupree, Kentucky - Tax Free Fund | B | Interest | N | T | Buy (add'l) | 5/18/09 | L | | |
| 10. Two Undeveloped Lots in Charlotte Co., Florida | | None | J | T | | | | | No Value-Assessed @$25,000 |
| 11. Fifth Third Bank (Account) | A | Interest | K | T | | | | | |
| 12. Fifth Third Bank, Fort Thomas, KY (Common Shares) | A | Dividend | J | T | | | | | |
| 13. Victory Established Value Fund G | A | Dividend | K | T | | | | | |
| 14. Dreyfus Growth & Income Fund | A | Dividend | J | T | | | | | |
| 15. Bank of Kentucky (Account) | C | Interest | L | T | | | | | |
| 16. Procter & Gamble - Common stock | A | Dividend | L | T | | | | | |
| 17. Victory Small Company Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NCR Corp. (common stock) | | None | | | Sold | 6/3/09 | J | A | |
| 19. Pomeroy IT Solutions Res. (Common stock) | | None | | | Sold | 6/3/09 | J | A | |
| 20. BankAmerica Corp. (common stock) | A | Dividend | J | T | | | | | |
| 21. Bank of Kentucky (Account) | C | Interest | M | T | | | | | |
| 22. United States Savings Bonds (I) | B | Interest | L | T | | | | | |
| 23. Conagra Foods, Inc. | A | Dividend | | | Sold | 6/3/09 | J | A | |
| 24. Sherwin Williams | A | Dividend | K | T | Sold (part) | 6/3/09 | K | D | |
| 25. Tyco International Ltd. | A | Dividend | | | Sold | 6/3/09 | J | A | |
| 26. DWS Dreman High Return Fund | B | Dividend | J | T | | | | | |
| 27. Russell County, KY Hospital | A | Interest | | | Redeemed | 6/1/09 | J | A | |
| 28. American Express Co. | A | Dividend | | | Sold | 6/3/09 | J | A | |
| 29. Kroger Co. | A | Dividend | J | T | | | | | |
| 30. Harlan County, KY Health Care Facs Laurel Project | A | Interest | J | T | | | | | |
| 31. Eastern KY Univ. Revs. Sys (Due 2/1/09) | A | Interest | | | Redeemed | 6/11/09 | J | A | |
| 32. Barbourville, KY EDK Bldg Rev (Union College) | A | Interest | | | Redeemed | 10/1/09 | J | A | |
| 33. J.M. Smucker Co. | A | Dividend | J | T | | | | | |
| 34. Comcast Corp. Class A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Ky Education Savings Plan 529 Trust #1 | B | Interest | K | T | | | | | |
| 36. Ky Education Savings Plan 529 Trust #2 | B | Interest | J | T | | | | | |
| 37. Michigan Education Savings Program #2 | B | Interest | L | T | | | | | |
| 38. Michigan Education Savings Program #3 | B | Interest | K | T | | | | | |
| 39. Ky Education Savings Plan 529 Trust #4 | B | Interest | K | T | | | | | |
| 40. Michigan Education Savings Program #4 | B | Interest | M | T | | | | | |
| 41. Ky Education Savings Plan 529 Trust #5 | B | Interest | K | T | | | | | |
| 42. Michigan Education Savings Program #5 | B | Interest | M | T | | | | | |
| 43. Ky Education Savings Plan 529 Trust #6 | B | Interest | K | T | | | | | |
| 44. Michigan Education Savings Program #6 | B | Interest | M | T | | | | | |
| 45. BP PLC | C | Dividend | K | T | | | | | |
| 46. Chevron-Texaco Corp. | B | Dividend | L | T | | | | | |
| 47. Duke Energy | A | Dividend | J | T | | | | | |
| 48. Clorox Co. | B | Dividend | L | T | | | | | |
| 49. Conoco Phillips | A | Dividend | J | T | | | | | |
| 50. Exxon Mobil Corp. | B | Dividend | J | T | | | | | |
| 51. General Mills, Inc. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Pepsico, Inc. | C | Dividend | M | T | | | | | |
| 53. Procter & Gamble Co. | E | Dividend | N | T | | | | | |
| 54. Southern Co. | C | Dividend | L | T | | | | | |
| 55. Sunoco, Inc. | A | Dividend | K | T | | | | | |
| 56. Wisconsin Energy Corp. | B | Dividend | L | T | | | | | |
| 57. Yum Brands, Inc. | B | Dividend | L | T | | | | | |
| 58. U.S. Savings Bonds (H) | B | Interest | K | T | | | | | |
| 59. Michigan Education Savings Program #7 | C | Interest | M | T | | | | | |
| 60. Michigan Education Savings Program #8 | C | Interest | M | T | | | | | |
| 61. Michigan Education Savings Program #9 | C | Interest | M | T | | | | | |
| 62. Kentucky State Turnpike Authority Bond | B | Interest | | | Redeemed | 7/1/09 | K | A | |
| 63. Kentucky State Property & Bldgs. Communication Revenue Bond | B | Interest | | | Sold | 7/30/09 | K | A | |
| 64. Clay County, KY Justice Center Bond | A | Interest | K | T | | | | | |
| 65. Kentucky State Property & Bldgs Revenue Bond | A | Interest | L | T | | | | | |
| 66. E-Trade Account | A | Interest | J | T | | | | | |
| 67. Ky. State Turnpike Bond 3.6% | A | Interest | J | T | | | | | |
| 68. Automatic Data Processing, Inc. | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 70. T-Rowe Price Equity Index 500 | A | Dividend | K | T | | | | | |
| 71. Templeton Foreign Fund Cl A | A | Interest | J | T | | | | | |
| 72. American Funds Growth Fund of America | A | Dividend | K | T | | | | | |
| 73. Ky. State Property & Bldg. Commn. Bond | A | Interest | K | T | | | | | |
| 74. Jessamine Co., KY School 2/1/11 3.125% | A | Interest | K | T | | | | | |
| 75. Ameriprise Fin. Inc. | A | Dividend | | | Sold | 6/3/09 | J | A | |
| 76. Peabody Energy Group | A | Interest | K | T | | | | | |
| 77. KY Interlocal School (due 3/1/11) | A | Interest | K | T | | | | | |
| 78. American High Income Trust | A | Interest | | | Sold | 8/13/09 | J | A | |
| 79. Edmonson Co., KY School Dist.Bldg.Rev. | A | Interest | K | T | | | | | |
| 80. Middlesboro, KY School Bldg. Rev. | A | Interest | K | T | | | | | |
| 81. Hart Co., KY Public Property | A | Interest | K | T | | | | | |
| 82. Bowling Green, KY Independent (due 5/1/13) | A | Interest | K | T | | | | | |
| 83. Broadridge Financial Solutions | A | Dividend | | | Sold | 6/3/09 | J | A | |
| 84. Covidien Ltd. | A | Dividend | | | Sold | 6/3/09 | J | A | |
| 85. Western Union Co. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Patriot Coal Co. | A | Dividend | | | Sold | 6/3/09 | J | A | |
| 87. Teradata Corp. | A | Dividend | | | Sold | 6/3/09 | J | C | |
| 88. Spectra Energy | A | Dividend | J | T | | | | | |
| 89. Jefferson, Ky SD Fin. Crp. | A | Interest | K | T | | | | | |
| 90. Kentucky St. Prop & Bldgs (due 8/1/25) | A | Interest | L | T | | | | | |
| 91. Highlands Ranch Met. Dist. (due 12/1/15) | A | Interest | M | T | | | | | |
| 92. Ky. State Turnpike Authority (due 7/1/16) | A | Interest | L | T | | | | | |
| 93. New York, NY (due 8/1/16) | A | Interest | L | T | | | | | |
| 94. Hopkins Mn. Indpt. School (due 12/1/17) | B | Interest | L | T | | | | | |
| 95. Arizona Sch. Facs. Brd. (due 9/1/17) | A | Interest | M | T | | | | | |
| 96. California St. (due 8/1/18) | A | Interest | M | T | | | | | |
| 97. Oklahoma Dept. Trans. Rev. (due 9/1/08) | A | Interest | M | T | | | | | |
| 98. Puerto Rico Hsg. Fin. Auth. (due 12/1/18) | A | Interest | L | T | | | | | |
| 99. Bowling Green, KY Proj. (due 6/1/20) | A | Interest | L | T | | | | | |
| 100. Ivy Asset Strategy Fund Cl Y | A | Dividend | | | Buy (add'l) | 5/8/09 | J | | |
| 101. | A | Dividend | | | Sold | 7/20/09 | K | A | |
| 102. Blackrock Global Allocation Fund | A | Dividend | K | T | Buy (add'l) | 1/22/09 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes:    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | A | Dividend | J | T | Buy (add'l) | 5/18/09 | J | | |
| 104. | A | Dividend | | | Sold (part) | 7/20/09 | K | A | |
| 105. IShares MSCI EAFE Index Fund | A | Dividend | | | Buy (add'l) | 1/22/09 | J | | |
| 106. | A | Dividend | | | Sold | 7/20/09 | K | A | |
| 107. IShares Barclay's 1-3 yr Treas. Index Fund | A | Dividend | | | Sold (part) | 5/1/09 | J | A | |
| 108. | A | Dividend | | | Sold | 7/20/09 | J | A | |
| 109. Healthcare Select SPDR | A | Dividend | | | Sold | 2/23/09 | K | A | |
| 110. Sector SPDR Consumers STPL | A | Dividend | | | Sold | 3/10/09 | J | A | |
| 111. Alliance Bemstein Bal. Wealth Strategy | A | Dividend | K | T | | | | | |
| 112. Alliance Bemstein Intl Growth | A | Dividend | | | Sold | 7/20/09 | J | A | |
| 113. Loomis Sayles Growth Fund Cl Y | A | Dividend | | | Buy (add'l) | 3/23/09 | J | | |
| 114. | | | | | Sold | 7/20/09 | J | B | |
| 115. Loomis Sayles Value Fund Cl Y | A | Dividend | | | Sold | 7/20/09 | J | A | |
| 116. Loomis Sayles Global Mkts Fd Cl Y | A | Dividend | | | Sold | 7/20/09 | J | B | |
| 117. Loomis Sayles Strategic Inc Fd Cl Y | A | Dividend | | | Buy (add'l) | 5/4/09 | J | | |
| 118. | | | | | Sold | 7/20/09 | K | B | |
| 119. Blackrock Nat'l A Div Municipal Fund | A | Dividend | | | Sold | 7/20/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Elements - Rogers Tr. A Div | A | Dividend | | | Sold | 7/20/09 | J | B | |
| 121. IShares MSCI Emerging Mkts Fd | A | Dividend | | | Buy (add'l) | 7/15/09 | J | | |
| 122. | | | | | Sold | 7/20/09 | J | A | |
| 123. Vanguard Small Cap | A | Dividend | | | Sold | 7/20/09 | J | A | |
| 124. IShares FTSE XinHua China | A | Dividend | | | Sold | 1/22/09 | J | A | |
| 125. PowerShares Global | A | Dividend | | | Sold | 7/20/09 | J | A | |
| 126. SPDR Ser Tr | A | Dividend | | | Sold | 1/22/09 | K | A | |
| 127. IShares IBOXX$ High Yield Corp Bd Fund | A | Dividend | | | Sold | 5/21/09 | J | A | |
| 128. IShares TR S and P Nat'l Mun Bd Fd | A | Dividend | | | Sold | 7/20/09 | J | A | |
| 129. PowerShares VRDO Tax Free | A | Dividend | | | Buy (add'l) | 1/22/09 | J | | |
| 130. | | | | | Sold | 7/20/09 | J | A | |
| 131. PowerShares Global Exch Traded Fund | A | Dividend | | | Buy (add'l) | 1/22/09 | J | | |
| 132. | | | | | Sold | 7/7/09 | J | A | |
| 133. Sector SPDR Utilities | A | Dividend | | | Sold | 2/18/09 | J | A | |
| 134. SPDR Gold Trust | A | Dividend | | | Sold | 7/20/09 | K | A | |
| 135. Nuveen High Yield Muni Bond Fd Cl A | A | Dividend | | | Buy (add'l) | 5/8/09 | J | | |
| 136. | | | | | Sold | 7/20/09 | J | A | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. JP Morgan Int'l Value Fund Cl A | A | Dividend | | | Sold | 7/20/09 | J | A | |
| 138. Aberdeen Equity Long Short Fd Cl A | A | Dividend | | | Sold | 7/20/09 | J | A | |
| 139. Janus Adviser Forty Fund Cl A | A | Dividend | J | T | | | | | |
| 140. JP Morgan Highbridge Stat Mkt Neutral Fd | A | Dividend | | | Buy (add'l) | 3/23/09 | J | | |
| 141. | | | | | Sold | 7/20/09 | J | A | |
| 142. Touchstone Large Cap Growth Fund Cl A | A | Dividend | | | Sold | 7/6/09 | J | A | |
| 143. Nuveen Rittenhouse Growth Fund | A | Dividend | | | Sold | 5/6/09 | J | A | |
| 144. Alliance Bernstein Muni Inc Fund | A | Dividend | | | Sold | 7/20/09 | J | A | |
| 145. Alliance Bernstein Global Bond Fund | A | Dividend | | | Sold | 7/20/09 | J | B | |
| 146. Endowment Fund | A | Dividend | M | T | | | | | |
| 147. Citizens Bank of No. Ky (CD) | A | Interest | L | T | | | | | |
| 148. Citizens Bank of No. Ky. (CD) | A | Interest | J | T | | | | | |
| 149. Citizens Bank of No. Ky (CD) | A | Interest | K | T | | | | | |
| 150. Citizens Bank of No. Ky (CD) | A | Interest | K | T | | | | | |
| 151. Merrill Lynch Money Fund (Muni) | A | Interest | K | T | | | | | |
| 152. Merrill Lynch Bank (Regular) | A | Interest | L | T | | | | | |
| 153. Merrill Lynch Bank (PIA) | A | Interest | | | Closed | 7/1/09 | J | A | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. IShares DJ US Telecom. | A | Dividend | | | Buy | 1/26/09 | J | | |
| 155. | | | | | Sold | 2/23/09 | J | A | |
| 156. Elements Rogers Agric. Tr | A | Dividend | | | Buy | 3/16/09 | J | | |
| 157. | | | | | Sold | 7/20/09 | J | B | |
| 158. Powershares TR Dynamic | A | Dividend | | | Buy | 3/16/09 | J | | |
| 159. | | | | | Sold | 7/20/09 | J | A | |
| 160. Market Vectors ETF Tr | A | Dividend | | | Buy | 5/6/09 | J | | |
| 161. | | | | | Buy (add'l) | 7/15/09 | J | | |
| 162. | | | | | Sold | 7/20/09 | J | B | |
| 163. Pro Shares Ultra QQQ | A | Dividend | | | Buy | 3/4/09 | J | | |
| 164. | | | | | Buy (add'l) | 7/15/09 | J | | |
| 165. | | | | | Buy (add'l) | 7/16/09 | J | | |
| 166. | | | | | Sold | 7/20/09 | J | B | |
| 167. SPDR SP China | A | Dividend | | | Buy | 2/5/09 | J | | |
| 168. | | | | | Buy (add'l) | 3/4/09 | J | | |
| 169. | | | | | Sold | 7/7/09 | J | C | |
| 170. IShares RS 2000 Value | A | Dividend | | | Buy | 1/22/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Bertelsman, William O. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | Sold | 5/7/09 | J | A | |
| 172. Janus Overseas Fd Cl A | | A | Dividend | | | Buy | 3/23/09 | J | | |
| 173. | | | | | | Buy (add'l) | 7/20/09 | J | | |
| 174. | | | | | | Sold | 7/27/09 | J | B | |
| 175. Janus Flexible Bd Cl A | | A | Dividend | | | Buy | 5/4/09 | J | | |
| 176. | | | | | | Sold | 7/20/09 | J | A | |
| 177. DRYDN Sh Trm Co. Bd Z | | A | Dividend | | | Buy | 1/26/09 | J | | |
| 178. | | | | | | Sold | 7/20/09 | J | A | |
| 179. PRIN Preferred Secs A | | A | Dividend | | | Buy | 7/15/09 | J | | |
| 180. | | | | | | Sold | 7/20/09 | J | A | |
| 181. Alliance Bernstein High | | A | Dividend | | | Buy | 5/4/09 | J | | |
| 182. | | | | | | Sold | 7/20/09 | J | A | |
| 183. AIM Int'l Growth | | A | Dividend | | | Buy | 6/1/09 | J | | |
| 184. | | | | | | Sold | 7/20/09 | J | A | |
| 185. WF Ultra S/T Mun. Inc. Inv. | | A | Dividend | | | Buy | 6/12/09 | J | | |
| 186. | | | | | | Sold | 7/20/09 | J | A | |
| 187. SPDR SP Metals Mining | | A | Dividend | | | Buy | 5/28/09 | J | | |

1. Income Gain Codes:          A = $1,000 or less          B = $1,001 - $2,500          C = $2,501 - $5,000          D = $5,001 - $15,000          E = $15,001 - $50,000
   (See Columns B1 and D4)      F = $50,001 - $100,000      G = $100,001 - $1,000,000      H1 = $1,000,001 - $5,000,000      H2 = More than $5,000,000
2. Value Codes                  J = $15,000 or less          K = $15,001 - $50,000          L = $50,001 - $100,000          M = $100,001 - $250,000
   (See Columns C1 and D3)      N = $250,001 - $500,000      O = $500,001 - $1,000,000      P1 = $1,000,001 - $5,000,000      P2 = $5,000,001 - $25,000,000
                                 P3 = $25,000,001 - $50,000,000                                P4 = More than $50,000,000
3. Value Method Codes           Q = Appraisal                R = Cost (Real Estate Only)      S = Assessment                  T = Cash Market
   (See Column C2)              U = Book Value                V = Other                        W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 7/6/09 | J | A | |
| 189. DB US Dollar Index Bullish Fund | A | Dividend | | | Buy | 6/15/09 | J | | |
| 190. | | | | | Sold | 7/15/09 | J | A | |
| 191. IVY Global Natural | A | Dividend | K | T | Buy | 7/31/09 | K | | |
| 192. Janus Forty Fund Cl C | A | Dividend | K | T | Buy | 7/31/09 | K | | |
| 193. PIMCO Total Return Fd Cl C | A | Dividend | K | T | Buy | 7/31/09 | K | | |
| 194. Principal Investors Securities C | A | Dividend | K | T | Buy | 7/31/09 | K | | |
| 195. Lexington-Fayette Urban County Ky Ser A | A | Interest | K | T | Buy | 2/9/09 | K | | |
| 196. China Mobile Ltd Spon ADR | A | Dividend | J | T | Buy | 6/3/09 | J | | |
| 197. Coca Cola Co. | A | Dividend | J | T | Buy | 6/3/09 | J | | |
| 198. Exxon Mobile Corp. | A | Dividend | J | T | Buy | 6/3/09 | J | | |
| 199. Johnson & Johnson | A | Dividend | J | T | Buy | 6/30/09 | J | | |
| 200. 3M Co. | A | Dividend | J | T | Buy | 6/3/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O. | 05/11/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O. | 05/11/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544